458 A.2d 287

Mayercheck v. Mayercheck, Appellant.

Argued January 11, 1983. Gordon David Fisher, for appellant; Eric C. Rome, for appellee.

Before POPOVICH, MONTGOMERY and VAN der VOORT, JJ.

Order affirmed.